ALDON L. BOLANOS, Bar No. 233915
BOLANOS, HUGHEY & MOENIG LLP
925 G Street – Van Voorhies Mansion
Sacramento, California  95814
Telephone:    916.446.2800
Facsimile:     916.446.2828

Attorney for Plaintiff
DAGOBERTO DELAROSA

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone:    415.433.1414
Facsimile:     415.520.0446

Attorneys for Defendant AUTOZONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO DELAROSA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AUTOZONE, INC.,<br><br>　　　　　Defendant. | Case No.  CV 10-04373  JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**[Fed. R. Civ. P. 16]**<br><br>Date:　　　　January 7, 2011<br>Time:　　　　01:30 p.m.<br>Courtroom:　A<br>Judge:　　　　Hon. Joseph C. Spero |

Pursuant to the Court's Order re Status (Pretrial Scheduling) Conference, the parties submit the following Joint Case Management Conference Statement.

**A.　SUMMARY OF THE CLAIMS.**

　　Plaintiff Dagoberto Delarosa brings 9 causes of action arising out of his employment with defendant Autozone, Inc.  He alleges wrongful termination based on age and disability, failure to engage in the interactive process or offer a reasonable accommodation, and failure to pay wages, including overtime and vacation.

　　Defendant Autozone, Inc., denies wrongdoing.  Plaintiff was discharged for violating company policy.

**B.** **JURISDICTION AND SERVICE.**

Plaintiff invoked the Court's jurisdiction based on diversity of citizenship. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. sections 1331 and 1343, as an action arising under the laws of the United States and under 29 U.S.C. section 2617, as an action alleging discrimination in violation of Title VII of the Civil Rights Act of 1964. The Court has jurisdiction over Plaintiff's supplemental state law claims pursuant to 28 U.S.C. section 1367(a). Venue is proper in the Northern District of California pursuant to 28 U.S.C. section 1391(b). The sole defendant is Autozone, Inc., and it has been served.

**C.** **POSSIBLE JOINDER OF ADDITIONAL PARTIES.**

It is not anticipated that additional parties will be joined.

**D.** **ANTICIPATED AMENDMENTS TO THE PLEADINGS.**

None.

**E.** **CONSENT TO MAGISTRATE JUDGE**

The parties consent to the assigned Magistrate Judge for all purposes.

**F.** **PROPOSED DISCOVERY PLAN.**

1. The parties have not exchanged. Defendant shall serve its disclosures prior to the Case Management Conference. Plaintiff believes the following changes need to be made in the timing, form or requirements for disclosures under Rule 26(a):

    (a) The parties' Rule 26(a)(1) disclosures will be made on January 21, 2011;

    (b) The subjects on which discovery may be needed by Plaintiff includes: 1) personnel file information for Mr. Delarosa; 2) The deposition of plaintiff's supervisor.

    (c) Defendant intends to take the deposition of Plaintiff and serve non-party subpoenas on approximately three witnesses it expects Plaintiff to identify.

2. The parties do not believe that discovery needs to be conducted in phases or otherwise limited.

3. The parties do not anticipate any issues about disclosure or discovery of electronic information.

4. The parties do not anticipate any issues about claims of privilege or protection of

trial preparation materials.

5. The parties do not anticipate that any changes should be made to the limitations to discovery imposed under the Rules.

6. The parties do not believe that any other Orders need be issued under Rule 26(c) or under Rule 16.

**G.    DISCOVERY CUTOFF DATE.**

Plaintiff ~~proposes that discovery should be completed by November 30, 2011. Defendant~~ and Defendant propose a fact discovery cutoff of August 31, 2011.

Plaintiff and Defendant propose disclosure of expert witnesses on October 28, 2011. Plaintiff and Defendant propose an expert discovery cutoff on December 16, 2011.

**H.    MOTION CUTOFF DATE.**

Plaintiff and Defendant propose that all dispositive motions be filed no later than September 30, 2011 and heard in accordance with the Court's calendar.

**I.    PROPOSED MODIFICATION OF STANDARD PRETRIAL PROCEEDINGS.**

None.

**J.    ESTIMATED LENGTH OF TRIAL.**

The parties estimate that the trial will last five (5) court days. Neither party demanded a jury trial.

**K.    RELATED CASES.**

None.

**L.    OTHER MATTERS.**

None.

**M.    RELIEF**

Plaintiff seeks monetary damages according to proof by expert witness testimony for lost wages, past, present and future, lost benefits, emotional distress, punitive damages, and attorneys' fees.

**N.　SETTLEMENT AND ADR**

No settlement discussions have occurred. Defendant agrees to participate in mediation before the Court's panel of voluntary mediators.

**O.　TRIAL SCHEDULE**

Defendant proposes a pretrial conference in December 2011 and trial in January 2012.

**P.　DISCLOSURE OF INTERESTED NON-PARTIES**

The other person or entity with an interest in the subject matter of the controversy is Autozoners, LLC, which is a wholly owned subsidiary of AutoZone, Inc.

DATED: January 04, 2011　　　　　　　　BOLANOS, HUGHEY & MOENIG LLP

By:/s/ Aldon L. Bolanos
ALDON BOLANOS
Attorney for Plaintiff
DAGOBERTO DELAROSA

DATED: January 04, 2011　　　　　　　　ARENA HOFFMAN LLP

By:/s/ Michael Hoffman
MICHAEL HOFFMAN
Attorneys for Defendant
AUTOZONE, INC.