UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO DELAROSA, | No. C 10-04373 JCS |
|     Plaintiff(s), | **ORDER TO SHOW CAUSE** |
|     v. | |
| AUTOZONE INC, | |
|     Defendant(s). | |

Pursuant to Civil L.R. 16-2, a telephonic hearing on the Motion for Referral of Case to ENE or Postponement of Mediation was scheduled on March 28, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **April 1, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be sanctioned for failure to appear on March 28, 2011. The telephonic hearing on the Motion for Referral of Case to ENE or Postponement of Mediation has been rescheduled for **April 1, 2011, at 1:30 p.m.** Parties shall use the same conference call number for the hearing on April 1, 2011.

IT IS SO ORDERED.

Dated: March 28, 2011

                                                                    JOSEPH C. SPERO
                                                                    United States Magistrate Judge