**United States District Court**

For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    DAGOBERTO DELAROSA,                          No. C 10-04373 JCS

8              Plaintiff(s),
                                                  **ORDER OF DISMISSAL**
9         v.

10   AUTOZONE INC,

11             Defendant(s).

12   _____/

13        The Court  having been advised that the parties have agreed to a settlement of this case,

14        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

15   however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service

16   of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been

17   delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the

18   calendar to be set for trial.

19        IT IS SO ORDERED.

20

21   Dated: August 22, 2011

22                                               _____
                                                 JOSEPH C. SPERO
23                                               United States Magistrate Judge

24

25

26

27

28